## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | |
|---|---|
| CYNTHIA SCOON and<br>TERRA JACKSON,<br><br>   *Plaintiffs*,<br><br>v.<br><br>KINDRED HEALTHCARE, INC. and<br>KINDRED HEALTHCARE OPERATING,<br>INC. d/b/a KINDRED AT HOME,<br><br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO. 1:18-CV-00313**<br>)<br>)   **MAGISTRATE JUDGE CASSADY**<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Cynthia Scoon and Terra Jackson and Defendant Kindred Healthcare, Inc. and Defendant Kindred Healthcare operating, Inc. d/b/a Kindred at Home, hereby stipulate to the dismissal of this action WITH PREJUDICE.  The parties shall bear their respective costs related to this litigation.

Date: January 14, 2019

Respectfully submitted,

/s/ Joshua A. Frank
**JERRY E. MARTIN (TN Bar No. 20193)\***
**JOSHUA A. FRANK (TN Bar No. 33294)\***
BARRETT JOHNSTON MARTIN & GARRISON LLC
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jmartin@barrettjohnston.com
jfrank@barrettjohnston.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Stipulation of Dismissal with Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and served via U.S. Mail and electronic mail upon the Defendants as indicated below on January 14, 2019:

**JERRY H. WALTERS, JR.**
LITTLER MENDELSON, P.C.
100 N. Tryon Street, Suite 4150
Charlotte, NC 28202
Telephone: (704) 972-7000
Facsimile: (704) 333-4005
jwalters@littler.com

*Attorneys for Defendants*

/s/ Joshua A. Frank
JOSHUA A. FRANK
**BARRETT JOHNSTON**
**MARTIN & GARRISON, LLC**